JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL POPOVSKY; ELAINE POPOVSKY,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; DOES 1-100,<br><br>Defendants. | Case No.: CV 15-3371 DMG (ASx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [17]** |

Pursuant to the stipulation filed by Plaintiffs MICHAEL POPOVSKY and ELAINE POPOVSKY and Defendant BRIT UW LIMITED (*erroneously sued and served as CERTAIN UNDERWRITERS AT LLOYD'S, LONDON*) (collectively "the Parties") by and through their counsel of record, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1) The above-captioned action is hereby dismissed in its entirety, with prejudice;

2) The Parties will bear their own costs and fees, including attorneys' fees;

3) The foregoing dismissal is voluntary and shall not operate as an

adjudication on the merits under Rule 41 of the Federal Rules of Civil Procedure or for any other purpose;

    4)    This Court shall retain jurisdiction as to any and all disputes regarding enforcement of the Release; and

    5)    All scheduled deadlines and hearings are VACATED.

DATED: January 22, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE